UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL STUDENT LEGAL DEFENSE
NETWORK,

        Plaintiff,

   v.

DEPARTMENT OF EDUCATION,

        Defendant.

Civil Action No. 25-0819 (TNM)

## NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 40.5, Defendant respectfully files this notice to alert the Court that this matter is substantially related to: *National Student Legal Defense Network v. Department of Education*, Civ. A. No. 25-0817 (TJK) (D.D.C.).

Plaintiff filed this FOIA action on March 19, 2025, seeking communications between the Department of Education and members of the Trump-Vance transition team. Compl. (ECF No. 1) ¶ 7. In the related case, Plaintiff filed a FOIA action on March 19, 2025, seeking communications between the Department of Education and members of the Trump-Vance landing team. *See* Civ. A. No. 25-0817 (TJK), Compl. (ECF No. 1) ¶ 7.

This action and the related case "involve common issues of fact" and "grow out of the same event or transaction." Local Civil Rule 40.5(a)(3). Therefore, this case should be deemed related and should be reassigned to Judge Kelly because he presides over the earlier filed case.

Dated: April 21, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     /s/ M. Jared Littman
      M. JARED LITTMAN
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2523
      Jared.Littman@usdoj.gov

*Attorneys for the United States of America*