UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL STUDENT LEGAL DEFENSE NETWORK**,<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF EDUCATION**.<br><br>Defendants. | Case No. 1:25-cv-00819 (TNM) |

## MEMORANDUM ORDER

The Government in this FOIA action has filed a notice contending this matter is substantially related to *National Student Legal Defense Network v. Department of Education*, No. 1:25-cv-00817 (TJK) (D.D.C.). The Court disagrees. So it declines to transfer the present matter.

Plaintiff filed the instant FOIA action to compel production of communications between the Department of Education and members of the Trump-Vance transition team. Compl, ECF No. 1, ¶ 7 ("TNM Compl."). Plaintiff also filed the other FOIA action, aiming to compel production of communications between the Department of Education and members of the Trump-Vance *landing* team. *National Student Legal Defense Network v. Department of Education*, No. 1:25-cv-00817 (TJK), Compl., ECF No. 1, ¶ 7 ("TJK Compl.") (seeking "any documents constituting or reflecting communications between the Department and members of the Trump-Vance landing team" and listing individuals on that team.).

Under Local Civil Rule 40.5, cases are deemed related when they "involve common issues of fact" or "grow out of the same event or transaction." LCvR 40.5(a). "Scrupulous adherence" to this rule "is important to avoid any appearance of judge-shopping or favoritism in

assignments and to assure the public that cases were assigned on an impartial and neutral basis." *Trump v. Comm. on Ways & Means, U.S. House of Representatives*, 391 F. Supp. 3d 93, 97 (D.D.C. 2019). "The party requesting related-case designation and seeking to avoid random assignment bears the burden of showing that the cases are related under a provision of Local Civil Rule 40.5." *United States v. Volvo Constr. Equip. AB*, 922 F. Supp. 2d 67, 68 (D.D.C. 2013) (cleaned up). The Government has not done so here. The matters seek communications from two separate groups of people during (likely) different time periods. *Compare* TNM Compl. ¶ 7 *with* TJK Compl. ¶ 7. These two teams had unique tasks and goals, meaning their internal communications will bear on distinctive topics. The Government has not contended that the disclosures will be so similar as to warrant virtually identical objections to release under FOIA. Because Plaintiff "seek[s] different sets of documents," the cases are not related under Rule 40.5. *Comm. on Judiciary v. McGahn*, 391 F. Supp. 3d 116, 122 (D.D.C. 2019).

    **SO ORDERED**.

Dated: May 1, 2025

/s/
TREVOR N. McFADDEN, U.S.D.J.