UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 25-0819 (TNM) |

## JOINT STATUS REPORT

Plaintiff National Student Legal Defense Network and Defendant Department of Education (collectively, "the parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order of May 27, 2025.

1. This is an action brought under the Freedom of Information Act ("FOIA"). Plaintiff seeks communications between Defendant and members of the Trump-Vance transition team. Compl. (ECF No.1) ¶ 7. Defendant answered on May 21, 2025. ECF No. 13.

2. Defendant reports as follows regarding the items identified in the Court's May 27, 2025 order:

    a. <u>Status of Processing</u>:  Defendant has completed its preliminary search and identified 698 potentially responsive records. Defendant currently is reviewing the search results and also determining whether any further searches are warranted. Defendant plans to process the potentially responsive records at the rate of 500 pages per month, with the first interim response to be provided by August 1, 2025, and with subsequent interim responses to continue on a monthly basis until

processing is complete. Defendant also expects to be in a position to provide an estimated page count by the next status report for the potentially responsive documents identified by its search.

b. <u>Other matters</u>: Defendant does not at this time anticipate moving for an *Open America* stay but reserves the right to do so should circumstances change. After processing is completed, the parties plan to confer to attempt to narrow or resolve outstanding issues but, in the event those efforts are not successful, would anticipate that a *Vaughn* index and dispositive motions will be necessary to resolve any issues that may remain in dispute.

3. The parties respectfully propose that they file an additional Joint Status Report on or before August 21, 2025, to update the Court on the status of the FOIA request.

Dated: June 26, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Madeline Wiseman*
MADELINE WISEMAN
D.C. Bar #90031948
National Student Legal Defense Network
1701 Rhode Island Ave., NW
Washington, DC 20036
(202) 734-7495
Madeline@defendstudents.org

*Counsel for Plaintiff*

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON
D.C. Bar #447956
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2528
jeremy.simon@usdoj.gov

*Attorneys for the United States of America*