UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>       Defendant. | Civil Action No. 25-0819 (TNM) |

**JOINT STATUS REPORT**

   Plaintiff National Student Legal Defense Network and Defendant Department of Education (collectively, "the parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order of June 26, 2025.

   1.   This is an action brought under the Freedom of Information Act (FOIA). Plaintiff seeks communications between Defendant and members of the Trump-Vance transition team. Compl. (ECF No. 1) ¶ 7. Defendant answered on May 21, 2025. ECF No. 13. The parties submitted their first Joint Status Report on June 26, 2025. ECF No. 15.

   2.   Plaintiff states that it received the first production reflecting the processing of 500 pages on August 4, 2025. Defendant states that it plans to make its next interim response in early September 2025 at the same processing rate of 500 pages per month, and with subsequent interim responses to continue on a monthly basis until processing is complete.

   3.   In the last status report, Defendant stated that its preliminary search returned 698 potentially responsive records.  Defendant has now completed its search and the estimated page count for the remaining potentially responsive documents is approximately 3,180 pages.

4. The parties respectfully propose that they file an additional Joint Status Report on or before September 25, 2025, to update the Court on the status of the FOIA request.

Dated: August 21, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Madeline Wiseman*
MADELINE WISEMAN
D.C. Bar #90031948
National Student Legal Defense Network
1701 Rhode Island Ave., NW
Washington, DC 20036
(202) 734-7495
Madeline@defendstudents.org

*Counsel for Plaintiff*

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON
D.C. Bar #447956
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2528
jeremy.simon@usdoj.gov

*Attorneys for the United States of America*

2