UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0819 (TNM) |

**JOINT STATUS REPORT**

Plaintiff National Student Legal Defense Network and Defendant Department of Education (collectively, "the parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order of August 21, 2025.

1. This is an action brought under the Freedom of Information Act (FOIA). Plaintiff seeks communications between Defendant and members of the Trump-Vance transition team. Compl. (ECF No. 1) ¶ 7. Defendant answered on May 21, 2025. ECF No. 13. The parties submitted their most recent Joint Status Report on August 21, 2025. ECF No. 16.

2. Plaintiff states that it received a second production of 500 pages on September 12, 2025. Defendant states that it plans to make its next interim response in early October 2025 at the same processing rate of 500 pages per month, and with subsequent interim responses to continue on a monthly basis until processing is complete.

3. The parties respectfully propose that they file an additional Joint Status Report on or before October 30, 2025, to update the Court on the status of the FOIA request.

| | |
|---|---|
| Dated: September 25, 2025 | Respectfully submitted, |
| | |
| | JEANINE FERRIS PIRRO |
| */s/ Madeline Wiseman* | United States Attorney |
| MADELINE WISEMAN | |
| D.C. Bar #90031948 | By: */s/ Jeremy S. Simon* |
| National Student Legal Defense Network | JEREMY S. SIMON |
| 1701 Rhode Island Ave., NW | D.C. Bar #447956 |
| Washington, DC 20036 | Assistant United States Attorney |
| (202) 734-7495 | 601 D Street, NW |
| Madeline@defendstudents.org | Washington, DC 20530 |
| | (202) 252-2528 |
| *Counsel for Plaintiff* | jeremy.simon@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |

2