UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0819 (TNM) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff National Student Legal Defense Network respectfully submits this status report pursuant to the Court's Minute Order dated September 25, 2025.[1]

1. With apologies from the undersigned for the delay, Plaintiff joins in the information provided via Defendant's status report. No supplementation is required.

2. Plaintiff joins in Defendant's proposal that the parties file the next Joint Status Report in 30 days, on or before January 21, 2026, to update the Court on the status of the FOIA request.

Dated: December 22, 2025

Respectfully submitted,

*/s/ Madeline Wiseman*
MADELINE WISEMAN
D.C. Bar #90031948
National Student Legal Defense Network
1701 Rhode Island Ave., NW
Washington, DC 20036

---

[1] The Court ordered the parties to file a further Joint Status Report by October 30, 2025. Due to the lapse in appropriations, this deadline was automatically extended to December 22, 2025, pursuant to Standing Order 25-59.

(202) 734-7495
Madeline@defendstudents.org

*Counsel for Plaintiff*