UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0819 (TNM) |

**JOINT STATUS REPORT**

Plaintiff National Student Legal Defense Network and Defendant Department of Education (collectively, "the parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated December 23, 2025.

1. This is an action brought under the Freedom of Information Act ("FOIA"). Plaintiff seeks communications between Defendant and members of the Trump-Vance transition team. Compl. (ECF No. 1) ¶ 7. Defendant answered on May 21, 2025. ECF No. 13. The parties submitted their respective status reports on December 22, 2025. ECF No. 19-20.

2. The Defendant made its third interim response on January 14, 2026, which was one day later than anticipated in Defendant's last status report (ECF No. 19). That response reflected the processing of 2,401 pages of responsive documents. The Defendant will continue to process responsive documents at the rate of a minimum of 500 pages per month until processing is complete.

3.       The parties respectfully propose that they file the next Joint Status Report in 30 days, on or before February 20, 2026, to update the Court on the status of the FOIA request.

Dated: January 21, 2026                          Respectfully submitted,

                                                 JEANINE FERRIS PIRRO
*/s/ Madeline Wiseman*                           United States Attorney
MADELINE WISEMAN
D.C. Bar #90031948                               By: */s/ Xinyu Yang*
National Student Legal Defense Network               Xinyu Yang, Texas Bar #24098643
1701 Rhode Island Ave., NW                           Assistant United States Attorney
Washington, DC 20036                                 601 D Street, NW
(202) 734-7495                                       Washington, DC 20530
Madeline@defendstudents.org                          (202) 252-7225
                                                     Xinyu.Yang@usdoj.gov
*Counsel for Plaintiff*
                                                 *Attorneys for the United States of America*

2