UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 25-0819 (TNM) |

**JOINT STATUS REPORT**

Plaintiff National Student Legal Defense Network and Defendant Department of Education (collectively, "the parties"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated January 21, 2026.

1. This is an action brought under the Freedom of Information Act ("FOIA"). Plaintiff seeks communications between Defendant and members of the Trump-Vance transition team. Compl. (ECF No. 1) ¶ 7.

2. Defendant made its third interim response on January 14, 2026. That response reflected the processing of 2,401 pages of responsive documents. Defendant has sent the final 179 pages of responsive records through an internal consultation. Defendant intends to make the final production on or before February 27, 2026.

3. While the parties have previously proposed that they file Joint Status Reports every 30 days, the undersigned counsel for Defendant will be out of the office on March 22, 2026, which is 30 days from the date of this Joint Status Report. Therefore, the parties respectfully propose

that they file the next Joint Status Report in 45 days, on or before April 6, 2026, to update the

Court on the status of the FOIA request.

| | |
|---|---|
| Dated: February 20, 2026 | Respectfully submitted, |
| | JEANINE FERRIS PIRRO |
| */s/ Madeline Wiseman* | United States Attorney |
| MADELINE WISEMAN | |
| D.C. Bar #90031948 | By: */s/ Xinyu Yang* |
| National Student Legal Defense Network |     Xinyu Yang, Texas Bar #24098643 |
| 1701 Rhode Island Ave., NW |     Assistant United States Attorney |
| Washington, DC 20036 |     601 D Street, NW |
| (202) 734-7495 |     Washington, DC 20530 |
| Madeline@defendstudents.org |     (202) 252-7225 |
| |     Xinyu.Yang@usdoj.gov |
| *Counsel for Plaintiff* | *Attorneys for the United States of America* |

2